United States Bankruptcy Court
Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Tuesday, October 18, 2016     Hearing Room   304

**1:00 PM**

**6:16-11100**    Robert Anthony Leonard and Evette Marie Leonard     Chapter 7

#6.00    Hrg re motion to avoid lien with County of San Bernardino

[Property: 14304 Gray Fox Lane, Victorville, CA 92394]

Docket    60

**Matter Notes:**

PRESENT:   C PERDUC

( ) Motion granted.

( ) Motion denied.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

( ) Vacated. Matter is moot due to dismissal or conversion of case.

(X) Continued to   11/1/16 AT 1:30 PM.

( ) Motion withdrawn.

United States Bankruptcy Court
Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Tuesday, October 18, 2016                                                                              Hearing Room      304

**1:00 PM**
**CONT...**     **Robert Anthony Leonard and Evette Marie Leonard**                                    **Chapter 7**

Tentative Ruling:
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Robert Anthony Leonard              Represented By
                                     Jimmy Philip Mettias

**Joint Debtor(s):**

Evette Marie Leonard                 Represented By
                                     Jimmy Philip Mettias

**Trustee(s):**

Lynda T. Bui (TR)                    Pro Se